OPEN PARKING, LLC,
Plaintiff-Appellant

v.

PARKME, INC., Defendant-Appellee

2016-2370

United States Court of Appeals,
Federal Circuit.

April 6, 2017

STANLEY M. STEIN, Stanley M. Stein, PC, Pittsburgh, PA, argued for plaintiff-appellant.

RYAN J. MCBRAYER, Perkins Coie, LLP, Seattle, WA, argued for defendant-appellee. Also represented by STEVAN R. STARK, JR. JONATHAN LEE MCFARLAND.

(Moore, Clevenger, and Chen, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.